# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Alito, Samuel A. | United States Supreme Court | 06/05/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

United States Supreme Court
1 First Street, NE
Washington, DC 20544

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Visiting Faculty | Duke University Law School |
| 2. | Visiting Faculty | Loyola University of Chicago Law School |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 01/03/2017 | Duke University Law School - Teaching | $15,000.00 |
| 2. 07/03/2017 | Loyola University of Chicago Law School - Teaching | $12,765.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Duke Law School | 01/03 to 01/07 | Durham, NC | Teaching | Transportation, Lodging, Meals |
| 2. | Fowler School of Law, Chapman University Law School | 02/08 to 02/10 | Orange, CA | Symposium | Transportation, Lodging, Meals |
| 3. | Claremont Institute | 02/11 to 02/12 | Newport Beach, CA | Award & Speech | Transportation, Lodging, Meals |
| 4. | H. Vearle Payne American Inn of Court | 02/12 to 02/16 | Albuquerque, NM | Speech | Transportation, Lodging, Meals |
| 5. | Loyola Univeristy of Chicago Law School | 07/03 to 07/13 | Rome, Italy | Teaching | Transportation, Lodging, Meals |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Alito, Samuel A. | 06/05/2018 |

| 6. | University of South Carolina Law School | 09/13 to 09/14 | Columbia, SC | Building Dedication | Transportation, Lodging, Meals |
|---|---|---|---|---|---|
| 7. | Archdiocese of Galveston/ Houston Texas | 09/28 to 09/29 | Houston, TX | Speech | Transportation, Lodging, Meals |
| 8. | Union League Club of New York | 11/14 to 11/15 | New York, NY | Award | Transportation, Lodging, Meals |
| 9. | New York Historical Society | 12/8 to 12/11 | New York, NY | Film/Panel Discussion | Transportation, Lodging, Meals |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 06/05/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vang Inter Term Tax Ex Fund | D | Dividend | M | T | | | | | |
| 2. Van LT Tax Ex Fund | A | Dividend | J | T | | | | | |
| 3. Vanguard TE Mny Mkt | A | Dividend | L | T | | | | | |
| 4. Vang Small Cap Stock Fund | C | Dividend | M | T | | | | | |
| 5. Vang Total Stock Mkt Index F | C | Dividend | N | T | | | | | |
| 6. Windsor II | B | Dividend | K | T | | | | | |
| 7. Vang Star Mutual Fund | C | Dividend | L | T | | | | | |
| 8. Vang Wellington Mut Fund | E | Dividend | N | T | | | | | |
| 9. Roth IRA (H) | | | | | | | | | |
| 10. -Edward Jones Investment (Cash Account) | | None | J | T | | | | | |
| 11. -AES Corp | A | Dividend | J | T | | | | | |
| 12. -BHP Biliton PLC ADR | A | Dividend | J | T | | | | | |
| 13. -Loccitane Luxembourg | A | Dividend | J | T | | | | | |
| 14. -TJX Cos Inc | A | Dividend | J | T | | | | | |
| 15. Vanguard Target Retirement Acct 2015 | A | Dividend | J | T | | | | | |
| 16. PNC Bank Accounts | A | Interest | L | T | | | | | |
| 17. Traditonal IRA (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 06/05/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Capital World Growth & Income Fund CL A | A | Dividend | J | T | | | | | |
| 19. - Eaton Vance Mutual Funds Trust Gov't Oblig LC A | A | Dividend | J | T | | | | | |
| 20. - Goldman Sachs Growth & Incom Strategy Fund CL A | A | Dividend | J | T | | | | | |
| 21. - Incom Fund of America CL A | A | Dividend | J | T | | | | | |
| 22. - Putnam Dynamic Asset- Allocation Growth Fund CL A | A | Dividend | J | T | | | | | |
| 23. - Putnam Dynamic Asset Allocation Balanced Fund CL A | A | Dividend | J | T | | | | | |
| 24. Investment Account #1 (H) | | | | | | | | | |
| 25. - Edward Jones Tax Free MMkt Fund | | None | K | T | | | | | |
| 26. - Met WA DC Arpts Auth Sys Rev | A | Interest | | | Redeemed | 10/02/17 | J | | |
| 27. - Stafford Cnty & Staunton VA | A | Interest | K | T | | | | | |
| 28. - Virginia Comwith Transn Brd | | None | J | T | | | | | |
| 29. - VA St Res Auth Wtr & Swr Rev | | None | J | T | | | | | |
| 30. - VA St Res Auth Wtr & Swr Sys | | None | J | T | | | | | |
| 31. - Virginia Beach VA GO Pub Impt | A | Interest | K | T | | | | | |
| 32. - US Tips | A | Interest | J | T | | | | | |
| 33. - 3M Co | A | Dividend | K | T | | | | | |
| 34. - Abbott Laboratories | A | Dividend | J | T | Sold (part) | 08/31/17 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 06/05/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Abbvie Inc | A | Dividend | K | T | Sold (part) | 08/21/17 | J | C | |
| 36. - Becton Dickinson & Co | | None | J | T | Buy | 12/31/17 | J | | |
| 37. - Black Hills Corp | B | Dividend | K | T | Sold (part) | 08/24/17 | K | D | |
| 38. - Boeing Co | B | Dividend | L | T | Sold (part) | 02/27/17 | J | C | |
| 39. - Caterpiller Inc | A | Dividend | J | T | Sold (part) | 02/27/17 | J | A | |
| 40. | | | | | Sold (part) | 06/20/17 | J | A | |
| 41. - Cdk Global Inc | A | Dividend | J | T | | | | | |
| 42. - ConocoPhillips | A | Dividend | J | T | | | | | |
| 43. - Cr Bard Inc | A | Dividend | | | Sold (part) | 02/27/17 | J | D | |
| 44. | | | | | Sold (part) | 12/31/17 | K | D | |
| 45. | | | | | Sold (part) | 08/21/17 | K | E | |
| 46. | | | | | Sold | 12/31/17 | J | D | |
| 47. - Dowdupont Inc. (formerly E I Du Pont de Nemours & Co) | A | Dividend | K | T | Sold (part) | 06/20/17 | J | B | |
| 48. -Fortis Inc | A | Dividend | K | T | | | | | |
| 49. - Jacobs Engineering Group Inc | A | Dividend | J | T | | | | | |
| 50. - Johnson & Johnson | A | Dividend | K | T | | | | | |
| 51. - Merck & Co Inc. New | A | Dividend | K | T | Sold (part) | 09/01/17 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 06/05/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Molson Coors Brewing Co | A | Dividend | J | T | | | | | |
| 53. - Mondelez International Inc | A | Dividend | J | T | | | | | |
| 54. - OGE Energy Corp | B | Dividend | K | T | Sold (part) | 06/22/17 | K | C | |
| 55. | | | | | Sold (part) | 08/21/17 | K | D | |
| 56. - Oracle Corp | A | Dividend | K | T | Sold (part) | 02/27/17 | J | C | |
| 57. | | | | | Sold (part) | 06/20/17 | K | D | |
| 58. | | | | | Sold (part) | 08/31/17 | K | D | |
| 59. - Parker Hannifin Corp | A | Dividend | K | T | | | | | |
| 60. - Phillips 66 | A | Dividend | K | T | | | | | |
| 61. - PNC Bank Corp | A | Dividend | K | T | Sold (part) | 08/21/17 | K | D | |
| 62. - Procter & Gamble Co | A | Dividend | K | T | | | | | |
| 63. - Schlumberger Limited | A | Dividend | | | Sold | 12/12/17 | J | | |
| 64. - Sealed Air Corp | A | Dividend | J | T | Sold (part) | 02/28/17 | J | C | |
| 65. - TJX Cox Inc | A | Dividend | K | T | Sold (part) | 02/28/17 | K | C | |
| 66. - United Technologies Corp | A | Dividend | K | T | | | | | |
| 67. - Van Guard FTSE All-Wrld Exus ETF | A | Dividend | J | T | | | | | |
| 68. Investment Account #2 (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 06/05/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Edward Jones Money Market Fund | | None | J | T | | | | | |
| 70. - Ishares Russ 1000 Growth ETF | A | Dividend | K | T | | | | | |
| 71. - Ishares Russ 1000 Value ETF | A | Dividend | K | T | | | | | |
| 72. - Ishares Russ MC Value ETF | A | Dividend | K | T | | | | | |
| 73. - Ishares S&P 500 Growth ETF | A | Dividend | K | T | | | | | |
| 74. - SPDR S&P Dividend ETF | B | Dividend | K | T | | | | | |
| 75. - Vanguard High Div Yield ETF | B | Dividend | L | T | | | | | |
| 76. - Vanguard Mid Cap Growth ETF | A | Dividend | K | T | | | | | |
| 77. - American New World Cl F3 (formerly New World Fund Cl F2) | A | Dividend | K | T | | | | | |
| 78. - Dimensional DFA Int'l Value Fund | A | Dividend | K | T | Buy | 04/07/17 | K | | |
| 79. -Fidelity Inter Muni Income Fd I | B | Dividend | L | T | | | | | |
| 80. -JP Morgan Fed Money Market | A | Dividend | J | T | | | | | |
| 81. -JP Morgan Tr I Intl Value Fd Cl L | | None | | | Sold | 04/06/17 | K | A | |
| 82. -MFS International Equity Fund | A | Dividend | K | T | | | | | |
| 83. -MFS Municipal High Income Fd Cl I | C | Dividend | L | T | | | | | |
| 84. -T. Rowe Price Tax Free Short Inter | A | Dividend | L | T | | | | | |
| 85. -Tiaa-Cref Instl Fd Intl Eqty | B | Dividend | L | T | Sold (part) | 04/25/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 05/23/17 | J | A | |
| 87. | | | | | Sold (part) | 06/26/17 | J | A | |
| 88. | | | | | Sold (part) | 07/25/17 | J | A | |
| 89. | | | | | Sold (part) | 08/24/17 | J | A | |
| 90. -USAA Tax Exempt Interm Term | C | Dividend | M | T | | | | | |
| 91. Investment Account #3 (H) | | | | | | | | | |
| 92. - Fidelity Gov't MM Inst. Cl (formerlyPNC Tax Exempt Money) Market | A | Dividend | J | T | | | | | |
| 93. - Ishares 1-3 Year Treasury Bd ETF | C | Dividend | N | T | Sold (part) | 05/01/17 | K | | |
| 94. - Ishares Floating Rate Bond ETF | A | Dividend | K | T | Buy | 05/01/17 | K | | |
| 95. -SPDR Nuveen Bloomberg Barclays ST Muni Bd ETF | B | Dividend | M | T | Sold (part) | 05/01/17 | M | | |
| 96. -T. Rowe Price VA T/F Bond Fd | C | Dividend | M | T | | | | | |
| 97. - Vanguard Inflation Protected Securities Fund Admiral | A | Dividend | K | T | Buy | 05/01/17 | K | | |
| 98. - Vanguard Funds Limited Term Tax Exempt Fund 531 Admiral | B | Dividend | M | T | Buy | 05/01/17 | M | | |
| 99. - Ishares S&P 100 ETF | B | Dividend | L | T | Sold (part) | 05/01/17 | K | C | |
| 100. -Ishares Edge MSCI USA Value Factor ETF | A | Dividend | J | T | | | | | |
| 101. -Vanguard FTSE Developed Markets ETF | A | Dividend | K | T | Buy (add'l) | 05/01/17 | J | | |
| 102. - Vanguard FTSE All World Ex-US Index Fund | A | Dividend | K | T | Buy (add'l) | 05/01/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 06/05/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g., div., rent, or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g., buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 103. - Vanguard FTSE Europe ETF | A | Dividend | J | T | Sold (part) | 05/01/17 | J | A | |
| 104. - Vanguard Mid Cap ETF | A | Dividend | J | T | | | | | |
| 105. - Vanguard Large Cap ETF | B | Dividend | M | T | | | | | |
| 106. - Vanguard Growth ETF | A | Dividend | L | T | | | | | |
| 107. - Vanguard Value ETF | B | Dividend | L | T | | | | | |
| 108. - Wisdomtree Large Cap Dividend Fd ETF | A | Dividend | J | T | | | | | |
| 109. - Blackrock Global Allocation Fd | | None | | | Sold | 05/01/17 | J | | |
| 110. -Blackrock Global Dividend Port Instl Class Fd | B | Dividend | K | T | | | | | |
| 111. -Goldman Sachs Eq Div Prem Is Fd | A | Dividend | | | Sold | 05/01/17 | K | A | |
| 112. -Vanguard Int'l Valu Fd | A | Dividend | K | T | | | | | |
| 113. Mineral Interest, Grady Cnty, OK | | None | L | W | | | | | |
| 114. | | | | | | | | | |
| 115. | | | | | | | | | |
| 116. | | | | | | | | | |
| 117. | | | | | | | | | |
| 118. | | | | | | | | | |
| 119. | | | | | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 06/05/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

My report was amended to clarify Part VII, specifically, the reporting of some of my holdings versus the holdings that remain in the reportable estate.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Samuel A. Alito**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544